IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY A. INMAN                         *
        Plaintiff
   v.                                       *   CIVIL ACTION NO. RDB-05-2828

CLERK OF THE COURT                       *
        Defendant.
                               ***

**MEMORANDUM OPINION**

On October 14, 2005, this Court received from Plaintiff a request for materials pursuant to the Freedom of Information Act ("FOIA" or "Act"), 5 U.S.C. § 552. (Paper No. 1). He seeks copies of pleadings and the final court ruling in *Inman v. U.S. Parole Commission*, Civil Action No. RDB-05-209 (D. Md. 2005). (*Id.*).

The FOIA provides that a federal agency "shall" make available to any person records that the person "reasonably describes" in a request to the agency "in accordance with published rules" governing such requests. *See* 5 U.S.C. § 552(a)(3). The Act does not, however, apply to federal courts and the clerks offices that receive court pleadings as they are not "agencies" covered under the FOIA. *See* 28 U.S.C. § 551; *Smith v. United States District Court for the Southern District of Illinois*, 956 F.2d 647, 649 n.1 (7th Cir. 1992); *see also Cook v. Willingham*, 400 F. 2d 885, 885-86 (10th Cir. 1968); *Harris v. United States*, 121 F. R. D. 652, 654 (W.D. N. C. 1988). Therefore, Plaintiff's FOIA complaint is hereby dismissed.[1]

---

[1] Plaintiff is free to request copy work. The copy work cost is $.25 per page. Alternatively, he may file a Motion for Copy Work at the Government's Expense in *Inman v. U.S. Parole Commission*, Civil Action No. RDB-05-209 (D. Md. 2005), explaining what copy work he requires, why he needs it, and why he is not in possession of the materials.

A separate Order of dismissal follows.[2]


Date:   October 20, 2005                    /s/
                                            RICHARD D. BENNETT
                                            UNITED STATES DISTRICT JUDGE


---

[2] Plaintiff did not file the $250.00 civil filing fee or a motion for leave to proceed in forma pauperis. In light of the dismissal of this matter, he shall not be required to cure this deficiency.